**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
LAUREL HILBERT,

              Plaintiff,

              -against-

EROS TOURS & TRAVEL INC.,

              Defendant.
------------------------------------------------------------x

23-CV-3757 (AS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' letters. (ECF Nos. 15, 17, and 18). The Initial Pretrial Conference scheduled for Tuesday, October 10, 2023 at 11:00 a.m. is hereby converted into a confidential telephonic settlement call. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Dated: October 4, 2023
       New York, New York

                                        */s/ Ona T. Wang*
                                            **Ona T. Wang**
                                  United States Magistrate Judge